IN THE MATTER OF THE APPLICATION OF ASHLEY B.
CARRICK FOR A WRIT OF CERTIORARI.

Argued October 7, 1941—Decided November 14, 1941.

Before Justices BODINE, PERSKIE and PORTER.

For the applicant, *Leo Rosenblum* and *Joseph Harrison.*

*Contra, Charles A. Rooney* and *Charles Hershenstein.*

PER CURIAM.

A writ of *certiorari* is sought to review two resolutions of
the City of Jersey City. One resolution was passed June 3d,
1941; the other June 17th, 1941. The legislature of the
state had before it bills to compose and compromise the taxes
of certain railroads operating in this state. The government
of Jersey City regarded the proposed legislation as disadvan-
tageous to the interests of its citizens. It expended the money
in order to present its views to the voters.

The questioned legislation became law July 22d, 1941.
Before the propriety of the advertising was questioned many
of the bills incurred had been paid. All have now been paid.
Courts do not disturb, by *certiorari,* a resolution where unques-
tioned services rendered to a municipality have been paid for.
*Bowne* v. *Logan,* 43 *N. J. L.* 421; *McKevitt* v. *Hoboken,*
45 *Id.* 482.

Diligence is necessary where other interests are affected.
*Berryman* v. *Little,* 49 *N. J. L.* 182; *Penwarden* v. *Dunellen,*
50 *Id.* 565; *Cunningham* v. *Merchantville,* 61 *Id.* 466. The
advertisement stated that they were paid for by the city. It
was certainly too late after the publications had been made

to question the act. *Whitney Glass Works* v. *Glassboro,* 79 *Id.* 352. Certainly, *certiorari* is never awarded where private injury will result. *Daniel B. Frazier Co.* v. *Harvey Cedars,* 111 *Id.* 163.

The proposed legislation was thought to seriously affect the financial life of the city. Municipal officers have a broad discretion in promoting the welfare of their communities. This is not a case of private profit, as in *Loudenslager* v. *Atlantic City,* 80 *N. J. L.* 658; *affirmed,* 82 *Id.* 530; *Zeller* v. *Guttenberg,* 81 *Id.* 305. In this case, a public question of local interest was before the legislature. The precise manner in which the local authority should present its views rests in the sound discretion of its officials. Courts cannot control the form of public expression. There is a remedy for spoken or written words, if defamatory, but the remedy is not by *certiorari.*

We have carefully examined the other matters argued and find no reason to review the same since the advertising has been paid for.

The writ will be denied.